# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2464
_____

DARRELL CHAMBERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darrell Chambers, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.